**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID LEE SMITH, # 10445** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV738-LG-RHW** |
| | § | |
| **RON KING** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of United States Magistrate Judge Robert H. Walker, [6], the Court, after a full review and consideration of the Report and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Robert H. Walker, entered on January 11, 2010, be, and the same hereby is, adopted as the finding of this Court, subject only to the amendment discussed in the Court's Order. The Petition is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE